DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
DONALD JEFFREY ARNDT

Chapter 13
Case No. 17-30055 DM

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rules of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $5,571.87 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 9 | CLERK OF THE COURT FOR BARBARA ARNDT
2956 LOWER GABRIEL CREEK RD
MARS HILL, NC 28754 | $5,571.87 |

Dated:   August 17, 2022

   /s/ David Burchard
David Burchard, Trustee